```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                              :             DOC #:_____
EDWIN DIAZ,                                   :             DATE FILED: 11/26/2019
                              Plaintiff,      :
                                              :             19 Civ. 7853 (LGS)
             -against-                        :
                                              :                  ORDER
MANOLO BLAHNIK USA, LTD,                      :
                              Defendant.      :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

Dated: November 26, 2019
       New York, New York

                                                 LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE